# UNITED STATES DISTRICT COURT
for the
## Eastern District of Kentucky
## Covington Division

| | | |
|---|---|---|
| Diana Darnell | ) | |
|     *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| Portfolio Recovery Associates, LLC | ) | |
|     *Defendant* | ) | |
| | ) | |
| Serve: | ) | |
| | ) | |
|     National Registered Agents Inc. | ) | |
|     400 West Market Street | ) | |
|     Suite 1800 | ) | |
|     Louisville, KY 40202 | ) | |
| | ) | |

## COMPLAINT and DEMAND FOR JURY TRIAL

### INTRODUCTION

1.      This is an action by a consumer seeking damages and declaratory relief for Defendant's violations of the Fair Debt Collections Practices Act ("FDCPA"), 15 U.S.C. §§1692 *et seq.,* which prohibits debt collectors from engaging in abusive, deceptive, and unfair collection practices.

2.      Defendant, Portfolio Recovery Associates, LLC ("PRA"), sent Plaintiff, Diana Darnell, a dunning letter on January 12, 2012. In this letter, PRA clearly threatened to file suit against Ms. Darnell within two weeks if she didn't pay the alleged debt or make arrangements to pay the debt by or before January 26, 2012. PRA did not file suit and has not taken any further steps to collect this alleged debt from Ms. Darnell. Threatening to bring suit on a debt to collect the debt without any actual intention of filing suit and is a plain and clear violation of the FDCPA.

### JURISDICTION

3.      This Court has jurisdiction pursuant to 28 U.S.C. § 1331, and the FDCPA, 15 U.S.C. §1692k(d).

## PARTIES

4.      Plaintiff, Diana Darnell, is a natural person who resides in Campbell County, Ky. Plaintiff is a "consumer" within the meaning of the FDCPA, as defined at 15 U.S.C. § 1692a(3).

5.      Defendant, Portfolio Recovery Associates, LLC, is a foreign limited partnership, which is registered with the Kentucky Secretary of State, and is engaged in the business of purchasing debt from creditors and collecting these debts in this state. PRA's principal place of business is located at 120 Corporate Boulevard, Norfolk, Virginia 23502.

4.      Portfolio Recovery Associates, LLC is a "debt collector" as defined by the FDCPA. 15 U.S.C. § 1692a(6).

## STATEMENT OF FACTS

7.      On January 12, 2012, PRA sent Ms. Darnell a dunning letter that states in pertinent part:

January 12, 2012
CAPITAL ONE BANK N.A.
CAPITAL ONE BANK N.A,
Account/Reference No.: ************0147
* Complaint Amount: $3,800.82

## *Notification of Intention to Incur Court Costs by Filing Suit*

Despite our previous attempts to reach an agreement on this account, your account still remains unresolved. Our counsel has approved this account for a lawsuit, if necessary, in order to obtain payment of the above referenced account. If a lawsuit is filed, we intend to ask the court for an award of court costs and disbursements incurred on this account in addition to the complaint amount listed above. You are hereby notified that, unless payment or satisfactory arrangements for payment are made with our office **no later than 01/26/2012**, we intend to file suit in the proper venue and court within Kentucky to enforce this debt.

*Rather than increasing the extent of you obligation by any costs and/or disbursements, we still remain willing to resolve this account before suit is filed.*

(A copy of PRA's January 12th dunning letter is attached as an Exhibit to the Complaint).

8.      PRA's dunning letter was an attempt to collect a charged-off credit card debt originally issued by Capital One Bank, N.A.

9.      Ms. Darnell used the Capital One Bank, N.A. credit card to purchase goods and services for personal and household purposes.

10.     PRA's January 12, 2012 letter was an attempt to collect a "debt" from Ms. Darnell within the meaning of the FDCPA. 15 U.S.C. § 1692a(5).

11.     Ms. Darnell neither paid any of the amount demanded in the January 12, 2012

dunning letter nor made any arrangements to pay the alleged debt.

12.     PRA did not file suit on January 26, 2012 as it threatened to do so in its January 12, 2012 letter.

13.     To date, PRA has not brought suit against Ms. Darnell or taken any other action to collect the alleged debt referred to in the January 12, 2012 dunning letter since January 12, 2012.

**CLAIMS FOR RELIEF:**
**Violation of the Fair Debt Collection Practices Act**

14.     The foregoing acts and omissions of Portfolio Recovery Associates, LLC constitute violations of the FDCPA, including, but not limited to:

Violation of 15 U.S.C. § 1692e(5): threatening "to take any action that . . . is not intended to be taken" by threatening in the January 12, 2012 dunning letter to bring suit against Ms. Darnell if she failed to pay the alleged debt or make arrangements to pay the alleged debt by January 26, 2012.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff, Diana Darnell, requests the Court grant her relief as follows:

a.      Award Plaintiff actual damages;

b.      Award Plaintiff statutory damages;

c.      Award Plaintiff reasonable attorney's fees and costs

d.      A trial by jury; and

e.      Such other relief as may be just and proper.

-4-

Respectfully Submitted,

/s/ Kenneth J. Henry

**Kenneth J. Henry**
Henry & Associates, PLLC
331 Townepark Circle, Suite 200
Louisville, KY 40243
(502) 245-9100
Email: ken@kennethhenrylaw.com

**James H. Lawson**
*Lawson at Law, PLLC*
10600 Timberwood Circle
Suite 1
Louisville, KY 40223
(502) 473-6525
Email: james@kyclc.com