# UNITED STATES DISTRICT COURT
for the
### Eastern District of Kentucky
### Covington Division

| | | | |
|---|---|---|---|
| Diana Darnell | ) | | |
| George Darnell | ) | | |
| *Plaintiffs* | ) | | |
| | ) | | |
| v. | ) | Case No. | 2:13-cv-00005-DLB-JGW |
| | ) | | |
| Portfolio Recovery Associates, LLC | ) | | |
| *Defendant* | ) | | |
| | ) | | |
| | ) | | |

### NOTICE OF SETTLEMENT

Please take notice that the Plaintiff and Defendant have reached a settlement of all matters in this case.

Respectfully Submitted,

/s/ Kenneth J. Henry
**Kenneth J. Henry**
Henry & Associates, PLLC
331 Townepark Circle, Suite 200
Louisville, KY 40243
(502) 245-9100
Email: ken@kennethhenrylaw.com

**James H. Lawson**
*Lawson at Law, PLLC*
10600 Timberwood Circle
Suite 1
Louisville, KY 40223
(502) 473-6525
Email: james@kyclc.com