UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 13-5-DLB-JGW

DIANA & GEORGE DARNELL                                                      PLAINTIFFS

vs.                                            **ORDER**

PORTFOLIO RECOVERY ASSOCIATES, LLC                              DEFENDANT

*** *** *** ***

Plaintiffs having filed a Notice of Voluntary Dismissal with Prejudice (Doc. # 8), and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that this action is hereby **dismissed with prejudice**, and stricken from the Court's docket.

This 22nd day of April, 2013.



Signed By:
David L. Bunning
United States District Judge

B:\DATA\ORDERS\Cov13\13-5 Order dismissing.wpd